**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1523**

---

DAVID M. SHIPP,

       Plaintiff - Appellant,

    v.

XAVIER BECERRA, Secretary of Health and Human Services; MERRICK B. GARLAND, US Attorney General; EREK L. BARRON, US Attorney, Maryland,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Julie R. Rubin, District Judge.  (8:22-cv-01295-JRR)

---

Submitted:  September 28, 2023                              Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David M. Shipp, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Shipp appeals the district court's order dismissing his civil complaint in part and granting summary judgment in favor of the remaining Defendant prior to formal discovery. We have reviewed the record and find no reversible error. *See Shaw v. Foreman*, 59 F.4th 121, 128-29 (4th Cir. 2023); *Corder v. Antero Res. Corp.*, 57 F.4th 384, 401 (4th Cir. 2023) (collectively stating standards). Accordingly, we affirm the district court's judgment. *Shipp v. Becerra*, No. 8:22-cv-01295-JRR (D. Md. Mar. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*